**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUL 2 1 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Sigfredo Miranda,               )
                                )
          Plaintiff,            )       Case: 1:15-cv-01163
                                )       Assigned To : Unassigned
          v.                    )       Assign. Date : 7/21/2015
                                )       Description: Pro Se Gen. Civil (F)
U.S. Government,                )
                                )
          Defendant.            )
_____ )

## MEMORANDUM OPINION

This matter is before the Court on review of the plaintiff's *pro se* complaint and

application to proceed *in forma pauperis*. The application will be granted and the case will be

dismissed pursuant to 28 U.S.C. § 1915(e), which requires the Court to dismiss a complaint upon

a determination that it, among other grounds, is frivolous.

Plaintiff, a resident of the District of Columbia, alleges only that the United States "put

my birth certificate in the stock change an[d] made million[s] of dollar[s] in there." This

allegation is the type warranting dismissal of the case under § 1915(e)(2)(B)(i) as frivolous.

*Neitzke v. Williams*, 490 U.S. 319, 325 (1989). *See Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir.

1994) (a court may dismiss claims that are "essentially fictitious"-- for example, where they

suggest "bizarre conspiracy theories . . . [or] fantastic government manipulations of their will or

mind") (citations and internal quotation marks omitted); *Crisafi v. Holland*, 655 F.2d 1305,

1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events

and circumstances of a wholly fanciful kind."). A separate order of dismissal accompanies this

Memorandum Opinion.

Date: July /5 , 2015

United States District Judge